```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 13293
   VIRGINIA L JOHNSON
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-6179

----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
      The case was filed on 10/17/2006 and was confirmed 12/21/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.06%.

      The case was dismissed after confirmation 10/11/2007.
----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
----------------------------------------------------------------------
OCWEN LOAN SERVICING LLC CURRENT MORTG      4798.71            .00       4798.71
OCWEN LOAN SERVICING LLC MORTGAGE ARRE     24314.10            .00        699.15
CITY OF CHICAGO WATER DE SECURED             766.54            .00        139.40
COOK COUNTY TREASURER    SECURED             121.50            .00        121.50
COOK COUNTY COLLECTOR    NOTICE ONLY      NOT FILED            .00           .00
DELTA FUNDING            NOTICE ONLY      NOT FILED            .00           .00
KEVIN J HERMANEK ESQ     NOTICE ONLY      NOT FILED            .00           .00
NOONAN & LIEBERMAN LTD   NOTICE ONLY      NOT FILED            .00           .00
COMMONWEALTH EDISON      UNSECURED           617.16            .00           .00
HOUSEHOLD BANK           UNSECURED        NOT FILED            .00           .00
LINEBARGER GOGGAN BLAIR  UNSECURED        NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE UNSECURED          5610.19            .00           .00
ILLINOIS DEPT OF REV     PRIORITY            381.09            .00           .00
ILLINOIS DEPT OF REV     UNSECURED            98.40            .00           .00
PREMIER BANCARD CHARTER  UNSECURED           316.33            .00           .00
CITY OF CHICAGO WATER DE SECURED NOT I      3792.30            .00           .00
TIMOTHY K LIOU           DEBTOR ATTY       2,179.20                     2,179.20
TOM VAUGHN               TRUSTEE                                          523.04
DEBTOR REFUND            REFUND                                              .00

      Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS         DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                     8,461.00

PRIORITY                                              .00
SECURED                                          5,758.76
UNSECURED                                             .00
ADMINISTRATIVE                                   2,179.20
TRUSTEE COMPENSATION                               523.04
DEBTOR REFUND                                         .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 13293 VIRGINIA L JOHNSON
```

```
                                 ---------------      ---------------
TOTALS                                  8,461.00             8,461.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
  Dated: 01/28/08                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```